United States District Court
Northern District of New York

| | | |
|---|---|---|
| EDWIN RAMOS, | ) | Case 5:22-cv-01414-GTS-ML |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will re-evaluate the nature and severity of Plaintiff's impairments; re-evaluate Plaintiff's maximum residual functional capacity; re-evaluate the prior administrative medical findings and medical opinion evidence, articulating the persuasiveness of each and explaining how the factors of supportability and consistency were considered; offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Edwin Ramos, |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman, | |
| United States Attorney | |

| | |
|---|---|
| /s/ Candace Brown Casey | /s/Howard D. Olinsky[1] |
| Special Assistant United States Attorney | Olinsky Law Group |
| Office of Program Litigation, Office 2 | 250 South Clinton Street |
| Office of the General Counsel | Suite 210 |
| Social Security Administration | Syracuse, NY 13202 |
| 6401 Security Boulevard | (315) 701-5780 |
| Baltimore, MD 21235 | (315) 701-5781 (fax) |
| (212) 264-2438 | holinsky@windisability.com |
| candace.m.brown.casey@ssa.gov | |

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: 4/12/2023
Syracuse, NY

---

[1] Signed by Candace Brown Casey with Howard D. Olinsky's permission.