UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EDWIN E. RAMOS,

                Plaintiff,

                                           Civil Action No. 5:22-cv-01414-GTS-ML

       v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant
---------------------------------------------------------------X

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920**

**IT IS HEREBY STIPULATED** by and between Candace Brown Casey, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant herein, and Howard D. Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$1,082.09,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi,<br>By Her Attorneys, | Edwin E. Ramos,<br>By His Attorney, |
| Carla B. Freedman<br>United States Attorney | |
| */s/ Candace Brown Casey*<br>Candace Brown Casey<br>Bar Roll # 704099<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Blvd<br>Baltimore, MD 21235<br>(212) 264-2438<br>candace.m.brown.casey@ssa.gov | */s/ Howard D. Olinsky*<br>Howard D. Olinsky<br>Bar Roll # 102297<br>Olinsky Law Group<br>250 S. Clinton Street, Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

**SO ORDERED:**

*[Signature]*
Glenn T. Suddaby
U.S. District Judge

Dated: July 10, 2023